# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| RICKY RICARDO VICKERS | Case Number: 8:99-cr-293-T-23EAJ |
| | USM Number: 38617-018 |
| | Defendant's Attorney: Adam Allen, AFPD |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through five of the March 30, 2009, petition (Doc. 151).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to follow instructions | 02/26/09 |
| Two | Failure to permit probation officer to visit | 02/26/09 |
| Three | Failure to participate in mental health counseling | 03/11/09 |
| Four | Failure to take prescribed medication | 02/26/09 |
| Five | Failure to notify ten days prior to residence change | 03/27/09 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 25, 2009
Date of Imposition of Sentence

*/s/ Steven D. Merryday*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

June 25th, 2009
Date

| | |
|---|---|
| DEFENDANT: RICKY RICARDO VICKERS | Judgment - Page 2 of 3 |
| CASE NUMBER: 8:99-cr-293-T-23EAJ | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TIME SERVED.**

__ The court makes the following recommendations to the Bureau of Prisons:

__ The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.    p.m.    on _____.

    ____ as notified by the United States Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

The defendant's term of supervised release is **REINSTATED** under the same terms as previously imposed.